SEYFARTH SHAW LLP
Mark P. Grajski (State Bar No. 178050)
E-mail: mgrajski@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

Attorneys for Defendants
HOMEGOODS, INC.
and DENISE AI-BLAUFUS
(erroneously sued as DENISE AL-BLAUFUS)

BARRON LAW CORPORATION
Deborah Barron (State Bar No. 153840)
E-mail: Deborah.barron@lawbarron.com
1900 Point West Way, Suite 202
Sacramento, California 95815
Telephone: (916) 486-1712
Facsimile: (916) 927-5524

Attorneys for Plaintiff
TERRELL JOHNSTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRELL JOHNSTON | Case No. 2:11-cv-02596-JAM-EFB |
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL** |
| v. | **Fed.R.Civ.P. 41(a)(1)(A)(ii)** |
| HOMEGOODS, INC., a Delaware corporation; DENISE AL-BLAUFUS, an individual, and DOES 1 though 50, inclusive, | |
| Defendants. | |

    Plaintiff Terrell Johnston and defendant HomeGoods, Inc., by and through their

respective counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,

1

13987382v.1

PDF created with pdfFactory trial version www.pdffactory.com

1   hereby jointly stipulate to dismissal of the above-captioned action in its entirety with prejudice,

2   each party to bear their own fees and costs.

3   DATED: December 6, 2011                    SEYFARTH SHAW LLP

4

5                                              By___/s/ Mark P. Grajski_____
                                                     Mark P. Grajski
6                                              Attorneys for Defendants
                                               HOMEGOODS, INC. and DENISE AI-
7                                              BLAUFUS (erroneously sued as DENISE AL-
                                               BLAUFUS)
8

9   DATED: December 6, 2011                    BARRON LAW CORPORATION

10

11                                             By___/s/ Deborah Barron_____
                                                     Deborah Barron
12                                             Attorneys for Plaintiff
                                               TERRELL JOHNSTON
13

14  **IT IS SO ORDERED**.

15

16

17  Dated:   12/6/2011                         /s/ John A. Mendez_____
                                                     Hon. John A. Mendez
18                                             **UNITED STATES DISTRICT JUDGE**

19

20

21

22

23

24

25

26

27

28

2

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

13987382v.1

PDF created with pdfFactory trial version www.pdffactory.com